THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GOODMAN, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WALKER, Appellant.* — Judgment of conviction of the County Court of Suffolk county affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents, being of the opinion that the testimony of Seaman (fols. 432–440) constituted error of such a prejudicial character as to be beyond the scope of section 542 of the Code of Criminal Procedure. (*People* v. *Sobieskoda*, 235 N. Y. 411.)

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of BERTHA HEHN, Respondent, v. LAAS VAN GUNST, Appellant.— Order of filiation of the Children's Court, County of Westchester, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

PHILIP ROSENKRANTZ, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order of Appellate Term affirming judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

VERONA SHAW, Appellant, v. OSCAR F. SHAW, Respondent.— Order denying plaintiff's motion to modify judgment by increasing alimony affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MAE M. TAUB, Respondent, v. GUSSIE KERLAN, Appellant. IRVING TAUB, Respondent, v. GUSSIE KERLAN, Appellant. (Consolidated Appeals.)— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

MARTHA DOROTHY FITZGERALD TORCHIANA, Respondent, v. PAUL JOHN TORCHIANA, Appellant.— Order granting summary judgment and the judgment entered thereon unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

FANNY L. TUCKER, Respondent, v. CHARLES F. TUCKER, Appellant.— Order awarding alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young and Kapper, JJ., concur; Scudder and Tompkins, JJ., dissent and vote for reversal.

LUCILLE VOLLMER, an Infant, by HENRY F. VOLLMER, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Defendant, and DAVID A. GROSS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.